# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

### JUDGMENT RENDERED APRIL 9, 2020

### NO. 03-20-00176-CR

**Jacob Mediano, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM THE 391ST DISTRICT COURT OF TOM GREEN COUNTY
BEFORE CHIEF JUSTICE ROSE, JUSTICES BAKER AND TRIANA
DISMISSED FOR WANT OF JURISDICTION-- OPINION BY CHIEF JUSTICE ROSE**

This is an appeal from the interlocutory order denying appellant's motion to recuse. Having reviewed the record, it appears that the Court lacks jurisdiction over this appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.